THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOTEL PARAMOUNT CORP., Appellant, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Respondents.

Submitted February 21, 1949; decided March 3, 1949.

Motion to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 372.]

WINCENTA LESZCZYNSKI et al., as Administratrices of the Estate of KAZIMER LESZCZYNSKI, Deceased, Respondents, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.

Submitted February 21, 1949; decided March 3, 1949.

Ralph E. Hemstreet and Louis J. Carruthers for motion. Charles K. Finch and Mary Cooper opposed.

Motion denied, with $10 costs and necessary printing disbursements, on the ground that an appeal lies as of right. (See Civ. Prac. Act, § 588, subd. 1, cl. [c].)